IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH DAVIS,

    Plaintiff,

v.

CHRISTINE BROWN,

    Defendant.

Case No. 12-cv-36-JPG-PMF

## MEMORANDUM AND ORDER

This matter is before this Court on the motions of Jo Anna Pollock and Karoline Carstens for leave to withdraw as attorneys for plaintiff Joseph Davis (Docs. 127, 128, 130 & 131) and Davis' *pro se* motion for trial transcripts (Doc. 132). Pollock and Carstens' first set of motions to withdraw (Docs. 127 & 128) are **DENIED as moot** in light of their later set correcting a filing deficiency.

Pollock and Carstens were recruited to appear for Davis *pro bono* for the trial of this matter only. However, since they filed their motions to withdraw, Davis has filed a *pro se* notice of appeal, and this Court does not have the authority to allow counsel to withdraw once a notice of appeal is filed. Only the Court of Appeals can allow withdrawal once a notice of appeal is filed. Accordingly, the Court hereby **DIRECTS** the Clerk of Court to **TRANSFER** the pending motions to withdraw (Docs. 130 & 131) to the Court of Appeals for the Seventh Circuit in connection with the Notice of Appeal filed July 8, 2015.

The Court further **DENIES as moot** Davis' motion for trial transcripts (Doc. 132). To obtain transcripts for use in his appeal, Davis must complete and file the Seventh Circuit Transcript Information Sheet attached to the Notice of the Filing of a Notice of Appeal (Doc. 135). This was sent to his counsel electronically and to Davis by mail on July 8, 2015.

**IT IS SO ORDERED.**
**DATED:**   July 9, 2015

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**